UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, et al., <br><br>    Plaintiffs,<br><br>PENOBSCOT BAY & RIVER PILOTS ASSOCIATION,<br><br>    Intervenor Plaintiff,<br><br>v.<br><br>TOWN OF BAR HARBOR,<br><br>    Defendant. | 1:22-cv-00416-LEW |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby <u>ORDERED</u> that this matter be set for a settlement conference to be held before U.S. Magistrate Judge John C. Nivison at the U.S. District Courthouse, 202 Harlow Street, Bangor, Maine, on January 26, 2023, commencing at 9:00 a.m.

It is <u>FURTHER</u> <u>ORDERED</u> that counsel appear with their clients and insurance representatives at such time and place fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Nivison, **on or before 1:00 p.m. on January 25, 2023,** an <u>in</u> <u>camera</u> statement, <u>no more than five pages in length</u>,

setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position. The parties shall also submit as part of the <u>in camera</u> statement a realistic estimate of anticipated attorneys fees and costs in the event of trial to final judgment. **The statements are not to be provided to the opposing side and shall be sent directly to Judge Nivison's chambers and not electronically filed with the Clerk. The statements may be sent via email to [MaineECFIntake@med.uscourts.gov](mailto:MaineECFIntake@med.uscourts.gov) or faxed to 207-945-0362, or by U.S. mail to Office of U.S. Magistrate Judge, 202 Harlow Street, Bangor, ME 04401; or delivered in hand to the Clerk's Office at 202 Harlow Street, Bangor, Maine.**

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 19th day of January, 2023.