**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| PENOBSCOT BAY AND RIVER PILOTS ASSOCIATION, a Maine corporation, | )<br>)<br>) |
| *Plaintiff-Intervenor*, | ) **Civil Action No. 1:22-cv-416** |
| v. | )<br>)<br>) |
| TOWN OF BAR HARBOR, a municipal corporation of the State of Maine, | )<br>)<br>) |
| *Defendant*. | )<br>)<br>) |

## CONSENT MOTION TO ENLARGE TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Defendant Town of Bar Harbor ("Defendant"), through its attorneys, Rudman Winchell, moves pursuant to Rule 7(b) of the Federal Rules of Civil Procedure to enlarge its deadline to respond to Plaintiffs' Motion for Preliminary Injunction, as follows:

1. Plaintiffs filed a Motion for Preliminary Injunction (ECF No. 12) on December 30, 2022.

2. The original deadline for Defendant to respond to said Motion was January 20, 2023.

3. By order entered January 19, 2023 (ECF No. 39), and with the consent of the parties, the Court enlarged the deadline for Defendant to respond to said Motion to February 7, 2023.

4. On January 26, 2023, the parties attended a judicial settlement conference to discuss the potential framework of a Stipulated Preliminary Injunction.

5. Though significant progress has been made, the parties require additional time to discuss, document, and review the terms of the Stipulated Preliminary Injunction with their respective counsel and each other.

6. A continued mediation session is tentatively scheduled for March 6, 2023.

7. Assuming an agreement is reached, the parties anticipate submitting the proposed Stipulated Preliminary Injunction to the Court, along with a consent motion seeking entry of said Stipulated Preliminary Injunction.

8. If this Court enters the proposed Stipulated Preliminary Injunction, it will obviate the need to Defendant to file a response to the Motion for Preliminary Injunction.

9. Defendant, therefore, requests that the Court enlarge the deadline to respond to said Motion to March 20, 2023.

10. Plaintiffs and Plaintiff-Intervenor, through counsel, have indicated their consent to the relief requested in this Motion.

WHEREFORE, Defendant respectfully requests that this Court enlarge its deadline to respond to the Motion for Preliminary Injunction to March 20, 2023, and grant such other and further relief as it deems appropriate.

Dated at Bangor, Maine, this 6th day of February, 2023.

/s/ Allison A. Economy, Esq.
Allison A. Economy, Bar No. 5336
aeconomy@rudmanwinchell.com

/s/ Jonathan P. Hunter, Esq.

4867-2226-0043, v. 2

Jonathan P. Hunter, Bar No. 4912
jhunter@rudmanwinchell.com

/s/ Stephen W. Wagner, Esq.
Stephen W. Wagner, Bar No. 5621
swagner@rudmanwinchell.com

Attorneys for Defendant Town of Bar Harbor
RUDMAN WINCHELL
84 Harlow Street
P.O. Box 1401
Bangor, ME  04402
207.947.4501

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing *Defendant Town of Bar Harbor's Consent Motion to Enlarge Time to Respond to Motion for Preliminary Injunction* using the CM/ECF system, which will provide notice to all counsel of record in this case.

Dated:  February 6, 2023

/s/ Jonathan P. Hunter
Jonathan P. Hunter, Bar No. 4912
Attorney for Defendant
RUDMAN WINCHELL
84 Harlow Street
P.O. Box 1401
Bangor, ME  04402
207.992.2413
jhunter@rudmanwinchell.com