UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, *et als.*<br><br>*Plaintiffs,*<br><br>PENOBSCOT BAY AND RIVER PILOTS ASSOCIATION,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>TOWN OF BAR HARBOR, a municipal corporation of the State of Maine,<br><br>*Defendant,*<br><br>CHARLES SIDMAN,<br><br>*Defendant-Intervenor.* | Civil Action No. 1:22-cv-416-LEW |

## PLAINTIFFS' PROPOSED SCHEDULING ORDER

Plaintiffs Association to Preserve and Protect Local Livelihoods, *et als.* submit this proposed scheduling order in accordance with this Court's minute order entered on March 13, 2023 (ECF No. 73).

| Event | Date |
|---|---|
| Deadline for Plaintiffs' Motion to Consolidate Motion for Preliminary Injunction with Trial on the Merits under 65(a)(2) of the FRCP | March 24, 2023 |
| All Parties Exchange Initial Disclosures | March 31, 2023 |
| *Due: Oppositions to Defendant-Intervenor's Motion to Dismiss\** | *April 4, 2023* |
| Deadline for Amendment of Pleadings | April 7, 2023 |
| All Parties Exchange Expert Designations | April 7, 2023 |

{EP - 04521284 - v1 }

| Event | Date |
|---|---|
| Due: Oppositions to Plaintiffs' Motion to Consolidate Motion for Preliminary Injunction under Rule 65(a)(2) | April 14, 2023 |
| *Due ?: Reply in Support of Defendant-Intervenor's Motion to Dismiss\** | *April 18, 2023* |
| *Due ?: Answer of Defendant-Intervenor* | *April 18, 2023* |
| All Parties Exchange Rebuttal Expert Designations | April 19, 2023 |
| Due: Reply in Support of Plaintiffs' Motion to Consolidate Motion for Preliminary Injunction under Rule 65(a)(2) | April 21, 2023 |
| Deadline to Complete All Discovery | May 31, 2023 |
| *All Parties Exchange Proposed Stipulations of Fact\** | *June 5, 2023* |
| Pretrial Conference | June 30, 2023 |
| Trial\* | 2-3 days/possibly 1 day |
| *Post-Trial Briefing\** | *July 21, 2023* |

\**subject to further discussion with the Court and Counsel for the Parties*

Discovery Limitations: The standard discovery deadlines shall apply, except that all discovery responses shall be due within twenty-one (21) days of service.

        Respectfully submitted,

        */s/ Timothy Woodcock*
        Timothy C. Woodcock, Bar #1663
        P. Andrew Hamilton, Bar #2933
        Patrick W. Lyons, Bar #5600
        Eaton Peabody
        80 Exchange Street
        P.O. Box 1210
        Bangor, ME 04402-1210
        (207) 947-0111
        twoodcock@eatonpeabody.com
        ahamilton@eatonpeabody.com
        plyons@eatonpeabody.com

        *Attorneys for Plaintiffs*

Date: March 15, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of March, 2023, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Timothy Woodcock*
