# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, et al., | ) ) ) |
| *Plaintiffs,* | ) ) ) No. 1:22-cv-416 |
| v. | ) ) |
| TOWN OF BAR HARBOR, a municipal corporation of the State of Maine, | ) ) ) ) |
| *Defendant.* | ) ) ) |

## CONSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Defendant-Intervenor Charles Sidman ("Mr. Sidman"), by and through undersigned counsel, pursuant to Local Rule 7 and Rules 6(b)(1) and 7(b) of the Federal Rules of Civil Procedure, moves the court for an enlargement of the time period of Local Rule 7(b) to file his response in opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 12) (the "Motion"), and states as follows:

1. Plaintiffs filed the Motion on December 30, 2022. (Doc. No. 12)

2. The original deadline under Local Rule 7(b) for parties to respond in opposition to the Motion was January 20, 2023.

3. By Order of this Court issued January 19, 2023, the Court granted the Defendant Town of Bar Harbor's ("Town") first consent motion filed January 18, 2023 (Doc. No. 38) to enlarge the deadline to respond in opposition to the Motion to February 7, 2023. (Doc. No. 39)

4.  By Order of this Court issued February 6, 2023, the Court granted the Town's second consent motion filed February 6, 2023 (Doc. No. 54) to enlarge the time period to respond in opposition to the Motion to March 20, 2023. (Doc. No. 56)

5.  This is Mr. Sidman's first consent motion to enlarge the time period to respond in opposition to the Motion to March 27, 2023.

6.  Counsel for Plaintiffs has agreed and consented to enlarge the Local Rule 7(b) time period to respond in opposition to the Motion to and including March 27, 2023.

7.  Counsel represents that this motion is made in good faith and not for the purposes of delay.

WHEREFORE, based on the foregoing, Defendant-Intervenor Charles Sidman respectfully requests the court enlarge the time period of Local Rule 7(b) to file his response in opposition to the Motion to and including March 27, 2023.

Dated: March 16, 2023

*/s/Robert Papazian*
David P. Silk. Bar No. 3136
Robert Papazian, Bar No. 6491
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000/P.O. Box 7320
Portland, Maine 04112-7320
(207) 774-9000
dsilk@curtisthaxter.com
rpapazian@curtisthaxter.com

*Attorneys for Defendant-Intervenor Charles Sidman*