UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:22-cv-00416-LEW |
| TOWN OF BAR HARBOR, | ) ) | |
| Defendant. | ) ) | |

## **EXPEDITED SCHEDULING ORDER with incorporated Rule 26(f) Order**

Following a conference of counsel and in accordance with Fed. R. Civ. P. 16(b) and the Cost and Delay Reduction Plan for the District of Maine, the Court establishes the following expedited schedule for this matter. All dates are in 2023.

Deadlines for Motion to Consolidate Preliminary Injunction Hearing with Trial:

March 24 for motion

April 14 for response

April 21 for reply

Deadline for Amendment of the Pleadings and Joinder of Parties:

April 7

Deadlines for Defendant-Intervenor's Motion to Dismiss:

April 4 for response

April 18 for reply

Deadline for Defendant-Intervenor to Answer:

    April 21

Deadlines for Discovery:

    March 31 for initial disclosure

    April 7 for expert designation[1]

    April 19 for rebuttal expert designation

    May 31 for completion of discovery[2]

Deadlines for Filing of *Daubert* and *Kumho* Motions:

    June 2 for motions

    June 9 for responses

    June 16 for replies

Deadlines for Witness Lists:

    May 26 for witness list exchange

    June 2 for objections

Deadline for Proposed Stipulations:

    June 5

Deadlines for Motions in Limine:

---

1 All parties shall provide a complete statement of all opinions to be expressed and the basis and reasons therefor. If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed. R. Civ. P. 26(a)(2)(B). All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

2 Counsel are advised that absent some excusable circumstance, depositions will be noticed and discovery initiatives will be undertaken so that the depositions will be completed and discovery responses will be produced prior to the discovery deadline.

    June 16 for motions

    June 23 for responses

    No replies

Pretrial Conference Date:

    June 30

Pretrial Proposed Order:

    Not requested

Expected Trial Date:

    Trial will be scheduled in July

Post-Trial Briefing:

    TBD

So ORDERED.

Dated this 17th day of March, 2023.

                                          /s/ Lance E. Walker
                                      UNITED STATES DISTRICT JUDGE