## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, *et al.* ) ) ) *Plaintiffs,* ) ) PENOBSCOT BAY AND RIVER PILOTS ) ASSOCIATION, ) ) ) *Plaintiff-Intervenor,* ) ) v. ) ) TOWN OF BAR HARBOR, a municipal ) corporation of the State of Maine, ) ) *Defendant,* ) ) CHARLES SIDMAN, ) ) *Defendant-Intervenor*. ) ) | Civil Action No. 1:22-cv-416-LEW |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
### OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Association to Preserve and Protect Local Livelihoods, *et al.,* (collectively, "Plaintiffs") file this Notice of Withdrawal without Prejudice of Plaintiffs' Motion for Preliminary Injunction for the reasons herein.

In December, Plaintiffs moved for preliminary injunctive relief from this Court (ECF No. 12) to guard against the risk of immediate and irreparable harm that would result from enforcement of the Ordinance by the Town during the pendency of this litigation. At the time of filing, it was unclear when the Town would begin enforcing the Ordinance, how the cruise ship reservations for the 2023 and 2024 cruise seasons booked (confirmed) after March 17, 2022, would be handled by the Town, and whether this case would or could be handled expeditiously.

{EP - 04533279 - v1 }

Plaintiffs, with Plaintiff-Intervenor, and the Town participated in mediated discussions that revealed a common interest among the parties to avoid damages that would result from immediate enforcement of the Ordinance for the 2023 cruise ship season, for Plaintiffs and Plaintiff-Intervenor, and to mitigate the risk of liability for damage claims arising from such cancellations, for the Town. The common interest of the Town, Plaintiffs, and Plaintiff-Intervener on this point also generated a common interest in an expedited trial on the merits.

At the status conference with the Court on March 16, 2023, the Town officially conveyed its decision not to enforce the Ordinance until this Court has adjudicated Plaintiffs' and Plaintiff-Intervenor's claims on the merits. In its *Expedited Scheduling Order* (Mar. 17, 2023, ECF No. 82), the Court entered a schedule for the case that compresses the discovery period to approximately three months and culminates with a trial on the merits as early as July 2023.

Barring a change in circumstances, the risk of imminent harm to the 2023 cruise ship season which, in part, prompted Plaintiffs to seek injunctive relief has been greatly reduced by the combination of the Town's decision not to enforce the Ordinance until a decision is reached in this case and the Court's expedited scheduling order. While Plaintiffs continue to be concerned about the harmful effects of the pendency of effectiveness of the challenged Ordinance, the current circumstances offer some degree of protection against the adverse effects of the Ordinance on future cruise ship seasons. Therefore, in the interest of judicial economy and the conservation of resources for all parties, and in consideration of the shared goal of expedient resolution of the merits of this case, Plaintiffs withdraw their motion for preliminary injunction without prejudice. This withdrawal is done with the understanding that, if the Town were to abandon or diminish its representation as to non-enforcement of the Ordinance during the pendency of this case, or the anticipated date for trial were to be significantly extended with consequent risks to the ability of

vessels to call at Bar Harbor during the pendency of this case, Plaintiffs reserve the right, as may be warranted, to again seek injunctive relief.

    Respectfully submitted,

    */s/ Timothy Woodcock*
    Timothy C. Woodcock, Bar #1663
    P. Andrew Hamilton, Bar #2933
    Patrick W. Lyons, Bar #5600
    Eaton Peabody
    80 Exchange Street
    P.O. Box 1210
    Bangor, ME 04402-1210
    (207) 947-0111
    twoodcock@eatonpeabody.com
    ahamilton@eatonpeabody.com
    plyons@eatonpeabody.com

    *Attorneys for Plaintiffs*

Date: March 24, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of March, 2023, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

    */s/ Timothy Woodcock*