UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:22-cv-00416-LEW |
| TOWN OF BAR HARBOR, | ) ) | |
| Defendant, | ) ) | |
| CHARLES SIDMAN, | ) ) | |
| Defendant-Intervenor. | ) | |

## ORDER ON MOTION TO DISMISS

The matter is before the Court on the motion to dismiss filed by Defendant-Intervenor Charles Sidman and joined by the Defendant Town of Bar Harbor. Motion to Dismiss (ECF No. 74); Joinder (ECF No. 84). In this action, Plaintiffs seek to enshrine in federal and state constitutional law a rather astounding new maxim: "Build it and they *must* come." Mr. Sidman argues the proposed maxim is not actionable on the facts and theories alleged. The Plaintiffs argue it is and that their claims will only be enhanced by a factual record.

Although there may be claims in this matter deserving of the brevis tridentis, others appear to anticipate a factual record and are worthy of a hearing. Given the already

accelerated schedule, I am not inclined to address the claims in a piecemeal fashion. Accordingly, the Motion to Dismiss is DENIED.

    SO ORDERED.

Dated this 12th day of April, 2023.

                                          /s/ Lance E. Walker  
                                        UNITED STATES DISTRICT JUDGE