**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, et al., | ) ) ) | |
| *Plaintiffs,* | ) ) ) | No. 1:22-cv-416 |
| v. | ) ) | |
| TOWN OF BAR HARBOR, a municipal corporation of the State of Maine, | ) ) ) | |
| *Defendant.* | ) ) ) | |

### DEFENDANT-INTERVENOR CHARLES SIDMAN'S WITNESS LIST

In accordance with this Court's March 17, 2023, Expedited Scheduling Order with incorporated Rule 26(f) Order (ECF Doc. No. 82), Defendant-Intervenor Charles Sidman identifies the following persons whom he intends to call as witnesses at trial in the above-referenced matter:

| Name | Contact Information |
|---|---|
| Charles Sidman | c/o Counsel for Defendant-Intervenor<br>One Canal Plaza, Suite 1000<br>P.O. Box 7320<br>Portland, ME 04112-7320 |
| Amy Stapleton Sidman | 395 Main St., P.O. Box 200, Bar Harbor, ME 04609 |
| Barbara Fenderson | 243 Oak Hill Road, Bar Harbor, ME 04609 |
| Donna Karlson | 8 Devon Road, Bar Harbor, ME 04609 |
| Pat Murphy | 13 Arata Drive, Bar Harbor, ME 04609 |

| | |
|---|---|
| Jim O'Connell | 5 Higgins Terrace, Bar Harbor, ME 04609 |
| Valerie Peacock | Town of Bar Harbor Bar Harbor, Maine |
| Matthew A. Hochman | |
| Gary Friedmann | |
| Joseph Minutolo | |
| Jefferson G. Dobbs | |
| Erin E. Cough | |
| Jill Goldthwait | |
| Michael P. Walsh | |
| Mark T. Walsh; | |
| William J. Walsh | |
| Patrick F. Walsh | |
| Suzanne Walsh-Lanigan | |
| Michael Simeon | |
| Kevin DesVeaux | |
| Loren Hubbard | |
| Glenn Tucker | |
| Shawn Moody | |
| Chris Mastrippolito | |
| Eben Salvatore | |
| Richard Ade | |
| Kevin Sutherland | |
| Nathan Young | |
| Christopher K. Wharff | |

| | |
|---|---|
| Chris Johansen | |
| James Willis | |
| David Gelinas | |
| Prentice Strong III | |
| David Smith | |
| Adam Philbrook | |
| Paul Paradis | |
| Cornell Knight | |
| Dana Reed | |
| Sarah Gilbert | Town of Bar Harbor<br>Bar Harbor, Maine |
| Angie Chamberlain | |
| Seth Libby | |
| Christopher Walsh | |
| Robert Garland | |
| Anne Krieg | |
| Amy Powers | |
| Sarah Flink | |
| Gregory Gordon | |
| Renata Moise | |
| Julie Veilleux | |
| Lincoln Millstein | |
| Carrie Jones | |

| | |
|---|---|
| Faith deAmbrose | |
| Bill Horner | |
| Kristi Bond | |
| Shawn Porter | |
| Heather Davis | |
| Tom Testa | |
| Kristi Bond | |
| Gary "Bo" Jennings | |
| AnnLinn Kruger | |
| David Balkin | |
| Witnesses designated by Plaintiffs | |
| Witnesses designated by Plaintiff-Intervenor Penobscot Bay and River Pilots Association | |
| Witnesses designated by Defendant Town of Bar Harbor | |

Defendant-Intervenor may not call some or all of the above-listed persons and is not committing to make all of the above-listed persons available.

Discovery in this case is not yet complete and Defendant-Intervenor Charles Sidman further reserves the right to supplement this list following review of documents produced during discovery and the witness lists of Plaintiffs, Defendant Town of Bar Harbor, and Plaintiff-Intervenor Penobscot Bay and River Pilots Association.

Witnesses to be called for purposes of impeachment or rebuttal are not identified above and Defendant-Intervenor Charles Sidman reserves the right to designate and present at trial the testimony of any such witness(es).

Dated: May 26, 2023

/s/ Robert Papazian
David P. Silk, Bar No. 3136
Robert Papazian, Bar No. 6491
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000/P.O. Box 7320
Portland, Maine 04112-7320
(207) 774-9000
dsilk@curtisthaxter.com
rpapazian@curtisthaxter.com

*Attorney for Defendant-Intervenor*
*Charles Sidman*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, the foregoing was electronically filed with the

Clerk of this Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

Dated: May 26, 2023

*/s/ Robert Papazian*

David P. Silk, Bar No. 3136
Robert Papazian, Bar No. 6491
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000/P.O. Box 7320
Portland, Maine 04112-7320
(207) 774-9000
dsilk@curtisthaxter.com
rpapazian@curtisthaxter.com


*Attorney for Defendant-Intervenor*
*Charles Sidman*