UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.1:22-cv-416-LEW |
| v. | ) ) | |
| TOWN OF BAR HARBOR, a municipal corporation of the State of Maine, | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT TOWN OF BAR HARBOR'S WITNESS LIST

Defendant Town of Bar Harbor (the "Town"), through its attorneys, Rudman Winchell, submits its Witness List in accordance with the Expedited Scheduling Order (ECF No. 82). The listing of a witness herein is not a representation that the witness will necessarily be called to testify at trial. The Town reserves the right to list additional witnesses with reasonable notice to the other parties, and further reserves the right to call any or all witnesses listed by any other party. The Town also reserves the right to introduce other witnesses as may be necessary for rebuttal purposes or to address other issues as may arise at trial.

**The Town's Witnesses**

1. Valerie Peacock
   Chair, Bar Harbor Town Council
   Town of Bar Harbor
   93 Cottage Street
   Bar Harbor, ME 04069
   (207) 288-4098

2. Matthew Hochman, Vice-Chair
   Vice Chair, Bar Harbor Town Council

       Town of Bar Harbor
       93 Cottage Street
       Bar Harbor, ME 04069
       (207) 288-4098

3.   Erin Cough
       Member, Bar Harbor Town Council
       Town of Bar Harbor
       93 Cottage Street
       Bar Harbor, ME 04069
       (207) 288-4098

4.   Gary Friedmann
       Member, Bar Harbor Town Council
       Town of Bar Harbor
       93 Cottage Street
       Bar Harbor, ME 04069
       (207) 288-4098

5.   Jill Goldthwait
       Member, Bar Harbor Town Council
       Town of Bar Harbor
       93 Cottage Street
       Bar Harbor, ME 04069
       (207) 288-4098

6.   Joe Minutolo
       Member, Bar Harbor Town Council
       Town of Bar Harbor
       93 Cottage Street
       Bar Harbor, ME 04069
       (207) 288-4098

7.   Clark Stivers
       Member, Bar Harbor Town Council
       Town of Bar Harbor
       93 Cottage Street
       Bar Harbor, ME 04069
       (207) 288-4098

8.   Matthew Bartlett
       Fire Chief
       Town of Bar Harbor
       93 Cottage Street
       Bar Harbor, ME 04069
       (207) 288-5554

9.  Angela Chamberlain
    Code Enforcement Officer
    Town of Bar Harbor
    93 Cottage Street
    Bar Harbor, ME 04069
    (207) 288-4098

10. Sarah Gilbert
    Interim Town Manager / Finance Director / Treasurer
    Town of Bar Harbor
    93 Cottage Street
    Bar Harbor, ME 04069
    (207) 288-4098

11. Christopher Wharff
    Special Services Lieutenant / Harbormaster
    Town of Bar Harbor
    93 Cottage Street
    Bar Harbor, ME 04069
    (207) 288-3391

12. James Willis
    Chief of Police
    Towns of Mount Desert and Bar Harbor
    93 Cottage Street
    Bar Harbor, ME 04069
    (207) 288-4098

13. James Gillway
    Town Manager
    Town of Searsport
    1 Union Street
    Searsport, ME 04974
    (207) 548-6372

14. Christopher Gardner
    Executive Director
    Eastport Port Authority
    141 Water Street
    (207) 853-4614

Dated at Bangor, Maine, this 26th day of May, 2023.

/s/ Allison A. Economy, Esq.
Allison A. Economy, Bar No. 5336
aeconomy@rudmanwinchell.com

/s/ Jonathan P. Hunter, Esq.
Jonathan P. Hunter, Bar No. 4912
jhunter@rudmanwinchell.com

/s/ Stephen W. Wagner, Esq.
Stephen W. Wagner, Bar No. 5621
swagner@rudmanwinchell.com

Attorneys for Defendant Town of Bar Harbor
RUDMAN WINCHELL
84 Harlow Street
P.O. Box 1401
Bangor, ME  04402
207.947.4501

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing using the CM/ECF system, which will provide notice to all counsel of record in this case.

Dated: May 26, 2023

*/s/ Allison A. Economy,*
Allison A. Economy Bar No. 5336
Attorney for Defendant
RUDMAN WINCHELL
84 Harlow Street
P.O. Box 1401
Bangor, ME 04402
207.992.2413
aeconomy@rudmanwinchell.com

4