UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS et al.,<br><br>          Plaintiffs<br><br>v.<br><br>TOWN OF BAR HARBOR,<br><br>          Defendants | No. 1:22-cv-00416-LEW |

## FINAL PRETRIAL CONFERENCE
## REPORT AND ORDER

On June 28, 2023, I conducted a final pretrial conference in this matter with Attorneys Woodcock, Gau, Hamilton, Lyons, Benner, Kingston, Kraft, Braden, Economy, Wagner, and Papazian. The following issues were addressed and will govern the trial of this case.

### I. Case Description

In this case, the Plaintiffs ask the Court to declare unconstitutional and enjoin the Town of Bar Harbor's ordinance limiting the number of disembarking cruise ship passengers into the Town to 1,000 per day.

### II. Trial Preparation

1. *Discovery*. Aside from the pending objection (ECF No. 142) to my recent discovery order (ECF No. 131), the parties indicated that discovery is generally complete except that they may exchange some additional photos and videos in the coming days.

2. *Motions in Limine*. No motions in limine were filed by the June 16, 2023, deadline.

3. *Maximum Number of Trial Days*. The case will require no more than three full trial days based on an 8:30 a.m. to 4:00 p.m. schedule.

### III.  Trial Schedule

4. *Trial Period*.  The case will be tried during the period beginning July 11, 2023, and ending July 13, 2023.

5. *Trial Start Date*.  The trial is scheduled to begin on July 11, 2023, at 8:30 a.m. but is subject to adjustment as Judge Walker's schedule may require.  Trial days will commence at 8:30 a.m. and end at 4:00 p.m., unless otherwise adjusted by Judge Walker.

6. *Opening Statements*.  Given that this is a bench trial, Judge Walker has indicated that the parties need not prepare oral opening statements and should instead be prepared to begin immediately with the presentation of evidence.

7. *Settlement Notice*.  The parties shall inform the Clerk's Office whether the case is settled or firm for trial by June 30, 2023.

### IV.  Trial Process

8. *Stipulations*.  The deadline for stipulations was June 20, 2023.  The parties filed joint stipulations on that date (ECF No. 137).

9. *Depositions*.  The parties shall exchange designated deposition transcripts or videos that they intend to use at trial by June 30, 2023.  Any objection to the admissibility of a deposition transcript or video shall be filed by written motion by July 5, 2023.

10. *Exhibits*.  The parties shall exchange exhibits by July 5, 2023.  The parties shall jointly prepare a consolidated list of all exhibits to be offered at trial, employing the form available on the Court's website (www.med.uscourts.gov/forms-0) by July 7, 2023.  One extra set of exhibits shall be filed by July 7, 2023, for Judge Walker to review in advance of trial.

11. *Witnesses*.  The parties have filed their witness lists (ECF Nos. 100-03).  There are pending objections regarding those lists (ECF Nos. 114-15) and a pending motion to exclude the expert testimony of Intervenor-Defendant Charles Sidman (ECF No. 125).

12. *Trial Brief*.  Each party shall file by July 5, 2023, a trial brief setting forth the significant factual and legal issues to be presented at trial and the party's position on each identified issue.  The trial brief shall not exceed ten pages in length.

13. *Post-Trial Briefs & Proposed Finds of Fact and Conclusions of Law*.  Judge Walker has indicated that he will ask for post-trial briefs instead of oral closing arguments.  The parties shall submit such briefs and proposed findings of fact and conclusions of law (if requested) as directed by Judge Walker.

14. *Trial Management Conference*.  The parties may request an additional trial management conference by contacting the Clerk's Office.

**SO ORDERED**.

### *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: June 28, 2023

/s/ Karen Frink Wolf
United States Magistrate Judge

3