UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| Association to Preserve and Protect Local Livelihoods, et al., | Before: Lance E. Walker |
|---|---|
| Plaintiff(s) | U.S. District Judge |
|  | Case No.: 1:22-cv-00416-LEW |
| v. | Court Reporter: Cathy Ford |
|  | Courtroom Deputy: Meghan York |
| Town of Bar Harbor, et al., | Interpreter/Language: n/a |
| Defendant(s) | **Date**: 7/11-13/2023 |

## COURTROOM MINUTES: TRIAL PROCEEDINGS

Appearances:
Plaintiff(s): Timothy C. Woodcock, Esq.; Janna L. Gau, Esq.; P. Andrew Hamilton, Esq.; Patrick W. Lyons, Esq.; Seth W. Brewster, Esq. Intervenor Plaintiff: Charles Jonathan Benner, Esq.; John Scott Kingston, Esq.
Kathleen E. Kraft, Esq.; Twain Braden, Esq.
Defendant(s):  Allison A. Economy, Esq.; Jonathan P. Hunter, Esq.; Stephen W. Wagner, Esq. Intervenor Defendant: David P. Silk, Esq.; Richard P. Olson, Esq.; Robert Papazian, Esq.
Type of Counsel:  Retained

## Bench Trials:

- ☒ **Bench Trial Began on:** 7/11/2023
- ☒ **Bench Trial Continued/Held on:** 7/12/23
- ☒ **Bench Trial Concluded on:** 7/13/23
- ☐ **Court Verdict**:

## Jury Trials:

- ☐ **Jury Trial Began on:**
- ☐ **Jury Trial Continued/Held on:**
- ☐ **Jury Trial Concluded on**
- ☐ Jury retired to deliberate at          on
- ☐ Court orders the Clerk's Office to provide a meal to the jury for jury deliberation on
- ☐ Prepare Kepreos Order and have copies for jury when verdict is returned
- ☐ Prepare Certificates of Appreciation for Jurors
- ☐ Jury returned verdict at          on
- ☐ Jury Polled       ☐ Polling Waived

- 2 -

## For Bench Trials & Jury Trials:

☐ Conference of Counsel held on:

☐ Frye Colloquy held on: (Criminal Cases only)

☐ Charge Conference held on _____ pursuant to Fed. R.Civ.P 51(b)(1)    Court Reporter present for charge conference ☐ **No** ☐ Yes
☐ Parties provided with opportunity to object on the record and out of the jury's hearing before the instructions and closing arguments are delivered, pursuant to

☒ **Oral Motions**: (Specify Date and Motion and/or Ruling Below):

| Motion | Ruling |
|---|---|
| **Oral Motion Judgment as a Matter of Law** | 7/14/23 - Denied |
| **ECF 125 Motion to Exclude Testimony of Expert Witness Charles Sidman** | 7/6/23 – Reserved Ruling<br>7/13/23 – Granted in Part |
| **ECF 167 Motion in Limine to Exclude Intervenor Defendant's Witnesses** | 7/13/23 - Granted |

☐ **Motions taken under advisement**:

☒ **Other/Notes**: Closing Brief deadlines to be set.

\*\*\*Note: Exhibit and Witness Lists are filed separately.