UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ASSOCIATION TO PRESERVE )<br>AND PROTECT LOCAL )<br>LIVELIHOODS, et al., )<br>Plaintiffs, )<br> )<br>PENOBSCOT BAY & RIVER )<br>PILOTS ASSOCIATION, )<br>Intervenor-Plaintiff )<br> )<br>v. )<br> )<br>TOWN OF BAR HARBOR, )<br>Defendant, )<br> )<br>CHARLES SIDMAN )<br>Intervenor-Defendant ) | Civil No. 1:22-cv-00416-LEW |

## JUDGMENT

Pursuant to the Amended Decision and Order entered by U.S. District Judge Lance E. Walker on March 1, 2024,

JUDGMENT is hereby entered IN PART for the Defendant, Town of Bar Harbor, and IN PART for Plaintiffs, Association to Preserve and Protect Local Livelihoods, B.H. Piers LLC, Golden Anchor LC, B.H.W.W. LLC, Delray Explorer Hull 495 LLC, Delray Explorer Hull 493 LLC, Acadia Explorer 492 LLC and Plaintiff Intervenor, Penobscot Bay and River Pilots Association, as to Count I.

JUDGMENT is hereby entered for Defendant, Town of Bar Harbor, on Counts II and III of Plaintiffs' Complaint and on Counts II, III, and IV of Plaintiff-Intervenor's Complaint in Intervention.

                                                CHRISTA K. BERRY
                                                CLERK

                                                By:    <u>/s/ Meghan York</u>
                                                          Deputy Clerk

Dated: March 1, 2024