## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS, *et al.* )<br><br>*Plaintiffs,* )<br><br>PENOBSCOT BAY AND RIVER PILOTS ASSOCIATION, )<br><br>*Plaintiff-Intervenor,* )<br><br>v. )<br><br>TOWN OF BAR HARBOR, a municipal corporation of the State of Maine, )<br><br>*Defendant.* )<br><br>CHARLES SIDMAN, )<br><br>*Defendant-Intervenor.* ) | Civil Action No. 1:22-cv-416-LEW |

## <u>NOTICE OF APPEAL</u>

Pursuant to Fed. R. App. P. 3 and 28 U.S.C. § 1292(a)(1), Plaintiffs, Association to Preserve and Protect Local Livelihoods ("APPLL"), B.H. Piers, L.L.C. ("BH Piers") and Golden Anchor, L.C., doing business as Harborside Hotel ("Harborside") (together, "Pier Owners"), B.H.W.W., L.L.C. ("BHWW"), Delray Explorer Hull 495 LLC ("495"), Delray Explorer Hull 493 LLC ("493"), and Acadia Explorer 492, LLC ("492" and (together, "Tender Owners") (herein, APPLL, the Pier Owners, and the Tender Owners are referred to collectively as "Plaintiffs"), hereby appeal to the United States Court of Appeals for the First Circuit from this Court's final Decision and Order, as Amended (ECF No. 206) entered on March 1, 2024.

Dated at Bangor, Maine this 29th day of March, 2024.

/s/ *Timothy C. Woodcock*
Timothy C. Woodcock, Bar No. 1663
P. Andrew Hamilton, Bar No. 2933
Patrick W. Lyons, Bar No. 5600

EATON PEABODY
80 Exchange Street (04401)
Post Office Box 1210
Bangor, Maine 04402-1210
(207) 992-0111

twoodcock@eatonpeabody.com
ahamilton@eatonpeabody.com
plyons@eatonpeabody.com
jgau@eatonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

/s/ *Timothy C. Woodcock*