# United States Court of Appeals
## For the First Circuit

Nos. 24-1317
     24-1318
     24-1385

ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS; B.H. PIERS, L.L.C.; GOLDEN ANCHOR, L.C., d/b/a Harborside Hotel; B.H.W.W., L.L.C.; DELRAY EXPLORER HULL 495 LLC; DELRAY EXPLORER HULL 493 LLC; ACADIA EXPLORER 492, LLC,

Plaintiffs-Appellants/Cross-Appellees,

PENOBSCOT BAY AND RIVER PILOTS ASSOCIATION,
Plaintiff-Appellant/Cross-Appellee,

v.

CHARLES SIDMAN,

Defendant-Appellee/Cross-Appellant,

TOWN OF BAR HARBOR, a Municipal Corporation of the State of Maine,

Defendant-Appellee.

**JUDGMENT**
Entered: August 11, 2025

     This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the District Court is affirmed in part, vacated in part, and dismissed in part. The cross-appeal is dismissed. The matter is remanded to the district court for further proceedings consistent with the opinion issued this day. The parties shall bear their own costs.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Lance E. Walker, Eric M. Storms. Acting Clerk, United States District Court for the District of Maine, Timothy C. Woodcock, Seth W. Brewster, P. Andrew Hamilton, Janna L. Gau,

Patrick W. Lyons, Charles Jonathan Benner, John Scott Kingston, Twain Braden, Kathleen E. Kraft, Allison A. Economy, Jonathan P. Hunter, Stephen W. Wagner, David P. Silk, Richard P. Olson, Jason J. Theobald, Robert J. Papazian, John C. La Liberte, Theodore Joel Folkman, Derek L. Shaffer, Christopher G. Michel