EQUATOR AI

Electronically Filed: 4/29/2026 12:24 PM

# Situational Analysis

EXHIBIT E

EXHIBIT B

EQUATOR AI

THE EVOLUTION OF GLOBAL TRAVEL

# The Big Picture

THIS IS NOT UNIQUE TO BAR HARBOR

EXHIBIT E

EXHIBIT B




EXHIBIT E

EXHIBIT B


GAPMINDER, EQUATOR
1950
Cost of travel
<8%
~623m
<1%
2.7m
$/day
0.2
0.5
1
2
5
10
20
50
100
200
500
EXHIBIT E

EXHIBIT B




EXHIBIT E

EXHIBIT B

## Global growth is set to continue for years to come

| | |
|---|---|
| UNIVERSE OF TOURISTS<br>**623m** | UNIVERSE OF TOURISTS, 2050<br>**~1.2bn**<br>EQUATOR |
| TOTAL FLIGHTS, 2025<br>**~5bn** | TOTAL PASSENGER FLIGHTS, 2050<br>**~10bn**<br>IATA |
| ESTIMATED ARRIVALS, 2024<br>**1.4bn** | ESTIMATED ARRIVALS, 2040<br>**~2.4bn**<br>GOOGLE, DELOITTE |

EXHIBIT E

EXHIBIT B

EQUATOR AI

Over the next 5 years, the 15 most concentrated destinations by visitors (per square km) are expected to see further growth of up to

# 20 - 86%

MCKINSEY

EXHIBIT E

**EXHIBIT B**

# The rise of overtourism and concern around its impact

The New York Times 01.21.2026

**In Europe, the Allure of Summer Travel Keeps Dimming**



VENICE, ITALY, 2024




The Guardian 06.19.2025

**Anti-tourism protests in Europe grow.**



LAKE ELSINORE, CA, 2019

World Economic Forum 10.04.2018

**Thailand is closing its iconic bay indefinitely to repair destruction by tourists**



MAYA BAY, THAILAND, 2019

EXHIBIT E

EXHIBIT B

TRICKLE DOWN IMPACTS

REGIONAL SHIFTS

# Maine tourism

EXHIBIT E

EXHIBIT B

## Travel & tourism in Maine.

| | | |
|---|---|---|
| STATE VISITORS, 2000<br>4.3m | STATE VISITORS, 2019<br>↗ 16.2m | STATE VISITORS, 2023<br>↘ 15.27m |
| | VISITOR SPENDING, 2019<br>$8bn | VISITOR SPENDING, 2024<br>↗ $9.2bn |

MOT, TOURISM HIGHLIGHTS, 2024

EXHIBIT E

EXHIBIT B

EQUATOR AI

Maine's tourism strategy is shifting away from volume of visitors towards channeling higher-value into patterns of visitation, mobility and spending

EXHIBIT E

EXHIBIT B

WHO VISITS BAR HARBOR?

# The visitor profile

EXHIBIT E

EXHIBIT B

# Marketing Content

Almost 9 out of every 10 tourists use social media for travel inspiration. It impacts their choice of destinations, hotels and activities. So knowing what content they're consuming *can* be an indicator of demand forecasting and supply-side issues. This sums up our findings on how Bar Harbor comes across on social media.

Influencers are reinforcing the same places.









Acadia, food and quaintness dominate imagery

Because people only read listicles these days.










Algorithm-driven demand. Clicks → ranking

EXHIBIT E

**EXHIBIT B**


ORIGIN OF VISITORS, BY HOME TRADE AREA, FROM JANUARY 2024 TO AUGUST 31, 2025. PLACER AI
# of Visitors
< 99
99 - 491.2
491.2 - 3.1K
3.1K - 9.4K
9.4K - 21.7K
United States
EXHIBIT E

**EXHIBIT B**


EXHIBIT E
MAINE
Bangor
Augusta
Portland
Calais
Quebec
Saint-Georges
Sherbrooke
Drummondville
Trois-Rivières
Montreal
Burlington
VERMONT
Concord
Lowell
MASSACHUSETTS
Providence
CONNECTICUT
Bridgeport
New York
Albany
NEW JERSEY
Allentown
Philadelphia
DELAWARE
Washington
MARYLAND
Harrisburg
Scranton
Binghamton
NEW YORK
Utica
Syracuse
Ottawa
Kingston
Rochester
Buffalo
Peterborough
Toronto
PENNSYLVANIA
Pittsburgh
Morgantown
North Bay
Barrie
Kitchener
Erie
Greater Sudbury
London
Cleveland
Akron
Wheeling
WEST VIRGINIA
Parkersburg
Elliot Lake
Detroit
OHIO
Chillicothe
Huntington
Flint
Bay City
Toledo
Dayton
Maysville
Sault Ste. Marie
MICHIGAN
Lansing
Fort Wayne
Muncie
Cincinnati
Louisville
INDIANA
Logansport
Bloomington
South Bend
Escanaba
Marquette
Green Bay
Milwaukee
Waukegan
Chicago
Evansville
Houghton
Oshkosh

**EXHIBIT B**

Outside of the US, Bar Harbor is largely considered to be a '*hidden gem*'. Meaning the town is yet to be discovered by the world's largest markets

EXHIBIT E

EXHIBIT B

## PLANNING IMPLICATIONS

- Align with Maine's "higher-value, lower-volume" strategy
- Treat the domestic Northeast as the 'anchor tenant' of the visitor economy
- Plan for a potential step change from emerging, international markets if/when Bar Harbor is "discovered"

EXHIBIT E

EXHIBIT B

EQUATOR AI

MODELING CROWD DYNAMICS

# Footfall

EXHIBIT E

EXHIBIT B

EXHIBIT E

MOVEMENT OF VISITORS ACROSS SECTIONS OF MDI

EQUATOR AI

FOOTFALL

# Regional Analysis

**EXHIBIT B**




EXHIBIT E

**EXHIBIT B**

# MDI Regional Footfall, 2024 - 25




PLACER AI

EXHIBIT E

EXHIBIT B




EXHIBIT E

EXHIBIT B




EXHIBIT E

EXHIBIT B




EXHIBIT E

EXHIBIT B

## PLANNING IMPLICATIONS

- Protect the Waterfront as a high-risk, high-impact gateway to ensure it can cope with concentrated loads
- Nurture Downtowns' role as a the year-round economic spine that serves locals and visitors
- Use shoulder seasons to test dispersal strategies that emphasize higher-value visitation

EXHIBIT E

WHAT'S HAPPENING WITHIN THE TOWN?

EQUATOR AI

FOOTFALL

# Local Analysis

EXHIBIT B




EXHIBIT E

**EXHIBIT B**

# MDI Footfall




EXHIBIT E

**EXHIBIT B**

## PLANNING IMPLICATIONS

- Downtown (Cottage Street + Main) are the spine of the town's tourism dynamics. This is the resiliency test for sustainable tourism development
- Waterfront and Rodick Street are operational pinch points with high seasonal swings
- Investments in transit (e.g. Island Explorer) can affect seasonality and how much space is absorbed by buses

EXHIBIT E

EXHIBIT B

EXHIBIT E

# FOOTFALL
# Cruise Visitors

ASSESSING THEI MPACTS OF LOCAL ORDINANCES

EQUATOR AI

**EXHIBIT B**

# How this measurement works



EXHIBIT E

EXHIBIT B


Aligning zone footfall with port arrivals
FOOTFALL DATA ALIGNED WITH BOOKED VESSELS, JUNE 2024 -
PLACER.AI, CRUISE MAPPER, TOWN OF BAR HARBOR
West Street
Cottage Street
Main Street
Cruise Ship Day
Daily Visits
0
1000
2000
3000
4000
5000
6000
7000
Day of Month
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
EXHIBIT E

**EXHIBIT B**




EXHIBIT E

**EXHIBIT B**

# All zones experience higher footfall on cruise days.






EXHIBIT E

EXHIBIT B

## PLANNING IMPLICATIONS

- The cruise cap has had an impact across the town, reducing crowding by as much as 15%
- It is one input in a larger, more complex system that require additional systems to successfully manage crowds.
- Seasonal compression is the primary driver, so strategic planning and energy should examine how to encourage dispersal and diversification.

EXHIBIT E

EXHIBIT B

SITUATIONAL ANALYSIS

ECONOMIC IMPACT

# Sales Tax Analysis

EXHIBIT E

EXHIBIT B

# The 4 eras of Bar Harbor's tourism sector




Real values in 2024 dollars (CPI-U adjusted). Source: Maine Revenue Services. Bar Harbor town taxable sales only.

EXHIBIT E

EXHIBIT B




EXHIBIT E

**EXHIBIT B**

# The economic dominance of two growing sectors




EXHIBIT E

EXHIBIT B

# Pressures of seasonality on the local economy




EXHIBIT E

EXHIBIT B

# ‘Normalization’ of economic growth




Real values adjusted to 2025 dollars using CPI-U annual averages from U.S. Bureau of Labor Statistics. 2025 CPI projected. Source: Maine Revenue Services.

EXHIBIT E

EXHIBIT B

## PLANNING IMPLICATIONS

- Plan for a permanently tourism-dependent economy
- Tourism spending needs to support non-tourism businesses to support essential services for local residents
- Treat seasonality as the core economic risk for all businesses
- Lodging is the most sensitive economic sector, impacted by both market volatility, but also affecting access and total capacity



EXHIBIT B

EQUATOR AI

PUSHED TO THE LIMITS

# Carrying Capacity

EXHIBIT E

EXHIBIT B




EXHIBIT E

EXHIBIT B

CARRYING CAPACITY

# Essential Services

EXHIBIT E

EXHIBIT B

# The 4 eras of Bar Harbor's tourism sector




EXHIBIT E

EXHIBIT B

# Comparing #businesses in each category across towns







EXHIBIT E

EXHIBIT B




EXHIBIT E

**EXHIBIT B**

CARRYING CAPACITY

# Seasonality

# Ease of doing business for non-tourism businesses




EXHIBIT E

EXHIBIT B

# Growth in seasonal jobs




EXHIBIT E

EXHIBIT B

CARRYING CAPACITY

# Housing

EXHIBIT E

EXHIBIT B

# Lodging and accommodation - at a glance

EQUATOR AI
**1:7**
DEDICATED TO VISITORS

EQUATOR AI
**94**
RENTALS PER 1000 RESIDENTS

EQUATOR AI
**3x**
MORE STRS IN BAR HARBOR THAN PACIFIC GROVE & BOZEMAN

TOWN OF BAR HARBOR
**3/4**
STRS OWNED BY INDIVIDUALS

EQUATOR AI
**~3,000**
ROOMS EMPTY IN WINTER

EXHIBIT E

EXHIBIT B

# Increasing competition for land and space




EXHIBIT E

EXHIBIT B


The importance of empty rooms in the off-season
EQUATOR AI
January 2,083 rooms empty
February 1,959 rooms empty
March 1,835 rooms empty
April 1,505 rooms empty
May 1,105 rooms empty
June 527 rooms empty
July 210 rooms empty
August 139 rooms empty
September 217 rooms empty
October 459 rooms empty
November 1,320 rooms empty
December 1,970 rooms empty
= Vacant rooms at open hotels
= Seasonally closed rooms
EXHIBIT E

EXHIBIT B

## PLANNING IMPLICATIONS

- Treat essential services as critical infrastructure, including protecting commercial space for resident uses, childcare, trades and groceries is essential.
- Use incentives to level the uneven playing field. Because tourism can pay more, consider targeted incentives or systems to ensure essential, critical infrastructure is protected
- Link businesses with workforce and housing strategies. The same dynamics that hollow-out essential services impact seasonal workforce

EXHIBIT E

EXHIBIT B

## EDMUND'S BIG 🥡 TAKEAWAYS

- Bar Harbor is a hidden gem. It might not feel like it, but in global tourism terms, this is a town that isn't yet on the map. *Plan for the day where Chinese tourists discover what the US Northeast already knows.*
- There is no silver bullet. The town needs to work across multiple issues at once, from lodging, seasonal workforce, essential services and economic compression.

# ANNEXES

EXHIBIT E

EXHIBIT B

HOUSING

# Chamonix, France

Revered in the mountaineering industry, Chamonix is the home of the first Winter Olympics, home to the most famous mountain in Europe. It is 90 minute drive from Geneva, but has limited access in and out. The town has a year-round population of 9800, which rises to 100,000 during the peak summer months.



There are around 4,000 car parking spaces in Chamonix. This may sound a lot, but they fill up quickly.

The only time you're guaranteed to get a parking space in Chamonix is during the off-season months (October and November, and late April to early June).

**Another gorgeous European town says 'too many hotels' as it launches new ban**

The popular ski resort in the French Alps Chamonix introduced a ban on building new hotels and holiday flats.





EXHIBIT E

EXHIBIT B

TRAFFIC

# Banff, Alberta




The Trans-Canada Highway is the main conduit from Calgary (the largest urban center in the State), which consists of two-lane highways.




There are multiple entry and exit points in and out of Banff. The Banff Avenue is a two-lane, mostly straight road, that off-ramps into a highway.

EXHIBIT E

EXHIBIT B