# Monthly Taxable Sales by Economic Area ($1,000)

Blank cells are withheld to avoid disclosing data for individual businesses.

| | Place | Date | S OPERA | BLDG. SUPPLY | FOOD STORE | GENERAL MDSE. | OTHER RETAIL | TRANSPORTATION | RESTAURANT & LODGING | TOTAL | PERSONAL CONSUMPTION | RESTAURANT | LODGING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 892 | BAR HARBOR ESA | 2023-04 | $796.5 | $3,450.6 | $1,706.3 | $262.9 | $1,156.5 | $1,713.3 | $4,652.0 | $13,738.0 | $12,941.5 | $2,875.0 | $1,777.0 |
| 893 | BAR HARBOR ESA | 2023-05 | $467.9 | $3,780.7 | $2,487.1 | $757.4 | $4,240.2 | $1,926.1 | $20,299.6 | $33,958.9 | $33,491.1 | $10,499.5 | $9,800.1 |
| 894 | BAR HARBOR ESA | 2023-06 | $932.7 | $3,648.9 | $3,899.7 | $1,897.6 | $8,300.0 | $3,359.1 | $47,854.3 | $69,892.3 | $68,959.5 | $22,080.3 | $25,774.0 |
| 895 | BAR HARBOR ESA | 2023-07 | $654.9 | $2,929.2 | $4,782.8 | $2,442.1 | $10,641.7 | $2,387.8 | $69,023.6 | $92,862.1 | $92,207.1 | $29,597.7 | $39,425.9 |
| 896 | BAR HARBOR ESA | 2023-08 | $723.4 | $3,435.8 | $4,542.3 | $2,640.6 | $10,356.6 | $4,891.2 | $71,926.9 | $98,516.9 | $97,793.5 | $30,121.0 | $41,805.9 |
| 897 | BAR HARBOR ESA | 2023-09 | $926.5 | $3,234.2 | $3,965.7 | $2,024.2 | $8,524.3 | $2,528.5 | $56,492.3 | $77,695.7 | $76,769.2 | $26,034.5 | $30,457.8 |
| 898 | BAR HARBOR ESA | 2023-10 | $1,154.4 | $3,603.3 | $2,872.9 | $1,729.9 | $6,544.0 | $1,441.7 | $41,110.1 | $58,456.3 | $57,301.9 | $18,346.4 | $22,763.7 |
| 899 | BAR HARBOR ESA | 2023-11 | $750.7 | $2,920.6 | $1,703.5 | $378.9 | $1,326.8 | $1,380.5 | $3,710.3 | $12,171.2 | $11,420.5 | $2,326.5 | $1,383.8 |
| 900 | BAR HARBOR ESA | 2023-12 | $717.2 | $2,616.2 | $1,739.4 | $426.9 | $2,210.9 | $1,459.7 | $3,861.0 | $13,031.4 | $12,314.2 | $3,078.0 | $783.1 |
| 901 | BAR HARBOR ESA | 2024-01 | $664.8 | $2,569.8 | $1,397.1 | $322.2 | $576.9 | $3,341.5 | $1,167.9 | $10,040.2 | $9,375.4 | $770.3 | $397.6 |
| 902 | BAR HARBOR ESA | 2024-02 | $533.8 | $2,769.4 | $1,380.6 | $216.5 | $549.5 | $1,338.3 | $1,440.4 | $8,228.6 | $7,694.8 | $1,083.3 | $357.1 |
| 903 | BAR HARBOR ESA | 2024-03 | $598.2 | $2,904.4 | $1,667.1 | $282.5 | $713.9 | $1,512.8 | $2,661.3 | $10,340.1 | $9,741.8 | $1,908.5 | $752.8 |
| 904 | BAR HARBOR ESA | 2024-04 | | | $1,683.5 | $352.7 | | | $4,414.0 | $12,398.8 | | $2,683.7 | $1,730.3 |
| 905 | BAR HARBOR ESA | 2024-05 | | | $2,466.6 | $939.3 | | | $21,030.6 | $36,553.0 | | $10,924.4 | $10,106.2 |
| 906 | BAR HARBOR ESA | 2024-06 | | | $3,894.8 | $1,782.9 | | | $51,472.8 | $73,758.7 | | $23,562.4 | $27,910.4 |
| 907 | BAR HARBOR ESA | 2024-07 | $894.5 | $3,250.5 | $4,661.2 | $2,722.4 | $10,560.8 | $2,187.1 | $69,583.5 | $93,860.0 | $92,965.5 | $30,721.4 | $38,862.1 |
| 908 | BAR HARBOR ESA | 2024-08 | $785.4 | $3,322.8 | $4,790.3 | $2,643.8 | $10,553.1 | $2,198.0 | $74,185.3 | $98,478.7 | $97,693.3 | $32,557.3 | $41,628.0 |
| 909 | BAR HARBOR ESA | 2024-09 | $699.9 | $3,416.4 | $3,884.4 | $2,129.4 | $8,648.2 | $2,168.2 | $59,343.6 | $80,290.2 | $79,590.3 | $27,169.9 | $32,173.7 |
| 910 | BAR HARBOR ESA | 2024-10 | | | $2,990.8 | $1,748.0 | | | $44,639.7 | $61,858.8 | | $20,103.2 | $24,536.5 |
| 911 | BAR HARBOR ESA | 2024-11 | | | $1,772.4 | $401.0 | | | $4,447.3 | $14,163.5 | | $2,801.6 | $1,645.7 |
| 912 | BAR HARBOR ESA | 2024-12 | | | $1,775.6 | $395.1 | | | $4,201.9 | $17,075.8 | | $2,771.8 | $1,430.1 |
| 913 | BAR HARBOR ESA | 2025-01 | | | $1,383.3 | $237.7 | | | $1,154.2 | $8,072.7 | | $870.8 | $283.4 |
| 914 | BAR HARBOR ESA | 2025-02 | | | $1,326.0 | $262.5 | | | $1,272.0 | $7,333.0 | | $995.6 | $276.4 |
| 915 | BAR HARBOR ESA | 2025-03 | | | $1,611.7 | $310.4 | | | $2,476.3 | $11,547.0 | | $1,794.0 | $682.3 |
| 916 | BAR HARBOR ESA | 2025-04 | | | $1,673.2 | $382.7 | | | $4,940.3 | $14,692.3 | | $2,882.6 | $2,057.7 |
| 917 | BAR HARBOR ESA | 2025-05 | | | $2,441.6 | $887.3 | | | $22,059.2 | $36,733.8 | | $11,207.6 | $10,851.6 |
| 918 | BAR HARBOR ESA | 2025-06 | | | $3,997.4 | $1,840.9 | | | $54,049.8 | $78,844.6 | | $25,208.3 | $28,841.5 |
| 919 | BAR HARBOR ESA | 2025-07 | $2,084.4 | $4,349.4 | $4,905.5 | $2,647.6 | $11,471.1 | $2,682.3 | $74,091.6 | $102,232.0 | $100,147.6 | $32,793.4 | $41,298.2 |
| 920 | BAR HARBOR ESA | 2025-08 | $948.3 | $3,230.8 | $4,975.3 | $2,787.4 | $11,406.0 | $4,297.0 | $79,263.5 | $106,908.2 | $105,959.9 | $34,604.9 | $44,658.6 |
| 921 | BAR HARBOR ESA | 2025-09 | $1,103.5 | $3,899.9 | $3,799.8 | $1,932.4 | $10,715.0 | $4,819.6 | $65,127.0 | $91,397.2 | $90,293.7 | $30,306.3 | $34,820.7 |
| 922 | BAR HARBOR ESA | 2025-10 | $667.0 | $3,286.4 | $2,975.7 | $1,843.6 | $7,243.8 | $1,998.7 | $48,768.6 | $66,783.9 | $66,116.9 | $22,317.6 | $26,451.1 |
| 923 | BAR HARBOR ESA | 2025-11 | $687.3 | $2,719.2 | $1,614.2 | $516.0 | $1,459.7 | $1,178.4 | $4,076.4 | $12,251.2 | $11,563.9 | $2,742.5 | $1,333.9 |
| 924 | BAR HARBOR ESA | 2025-12 | $933.6 | $3,327.0 | $1,656.6 | $304.8 | $2,446.0 | $1,721.9 | $3,088.7 | $13,478.5 | $12,545.0 | $2,084.8 | $1,003.8 |
| 925 | BAR HARBOR ESA | 2026-01 | $618.3 | $2,477.3 | $1,334.0 | $253.5 | $486.4 | $1,178.4 | $1,309.4 | $7,657.2 | $7,038.9 | $1,009.1 | $300.3 |
| 926 | BAR HARBOR ESA | 2026-02 | $455.9 | $2,467.8 | $1,254.0 | $267.2 | $503.4 | $1,227.5 | $1,376.7 | $7,552.4 | $7,096.5 | $1,048.2 | $328.5 |
| 927 | BAR HARBOR ESA | 2026-03 | $881.3 | $2,869.0 | $1,484.9 | $457.4 | $757.9 | $1,565.8 | $2,061.2 | $10,077.5 | $9,196.2 | $1,456.1 | $605.1 |

**EXHIBIT C**